UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM MARINO,<br><br>        Plaintiff,<br><br>        v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No. 19-cv-06478-PJH<br><br>**ORDER GRANTING EXTENSION TO COMPLETE MEDIATION, VACATING DEADLINES, AND SETTING A CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 15 |

The court is in receipt of the parties' "stipulation to continue discovery deadlines for good cause." Dkt. 15. Good cause appearing, the court hereby **GRANTS** the parties' request to extend their mediation deadline to September 25, 2020. The court also **VACATES** all other existing dates and deadlines in this action. The court cannot accommodate the parties' request to extend fact discovery without changing the other dates. Significantly, the court requires that any hearing on a dispositive motion be noticed for at least 120 days prior to trial. Accordingly, the court **ORDERS** the parties to appear (via Zoom) for a case management conference on **September 10, 2020**. The court will provide the meeting information on the docket at a later date. Incident to this order, the parties must also file a joint case management statement proposing new dates by **September 3, 2020**.

        **IT IS SO ORDERED.**

Dated: August 5, 2020

        /s/ Phyllis J. Hamilton
        PHYLLIS J. HAMILTON
        United States District Judge